UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 07 CR 863 |
| v. | ) | |
| | ) | Magistrate Judge |
| BELA BALINT, | ) | Sidney I. Schenkier |
| ADRIAN GHIGHINA, and | ) | |
| CRISTINA SAVU | ) | |

**Motion to Dismiss Complaint Without Prejudice**

The UNITED STATES OF AMERICA, by its attorney, PATRICK J.
FITZGERALD, United States Attorney for the Northern District of Illinois, respectfully
moves this Court to dismiss the indictment against the defendant without prejudice.

1.      On December 21, 2007, BALINT, GHIGHINA, and SAVU were charged
in the instant case by way of a criminal complaint with having devised and
participated in a wire fraud scheme between on or about September 2005 and July
2006.

2.      On April 17, 2008, a grand jury sitting in the Northern District of Illinois
returned an indictment in case no. 07 CR 862 alleging that BALINT, SAVU, and two
co-defendants devised and participated in a wire fraud scheme.  Defendants BALINT
and SAVU were each charged in that indictment with four counts of wire fraud.  The
charges in the indictment in case no. 07 CR 862 are premised upon the same fraud
scheme underlying the instant complaint.

3.      Defendant GHIGHINA was not charged in the indictment in case no. 07
CR 862, as he was known to be a fugitive, and the government did not wish to proceed

in the prosecution in light of his fugitive status.

  3.  Counsel for defendant SAVU has advised the government that he does not object to dismissal of the complaint in this case.

  4.  Because GHIGHINA and BALINT are fugitives, no counsel has appeared for either defendant. Therefore, the government has not communicated with counsel for GHIGHINA or BALINT regarding this motion.

  WHEREFORE, the United States respectfully requests that the Court enter a minute order dismissing the complaint against defendants SAVU, GHIGHINA, and BALINT without prejudice.

        Respectfully submitted,

        PATRICK J. FITZGERALD
        United States Attorney

By:       

        Brian Hayes
        Assistant U.S. Attorney
        219 South Dearborn Street
        Chicago, Illinois 60604
        (312) 353-4307